

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00132-CV

Dawn **MOLLOY**,
Appellant

v.

Ana and Michael **LITOFSKY**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00020
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is dismissed for want of prosecution. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED June 29, 2022.

_____
Patricia O. Alvarez, Justice